```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

KAREN MICHELE SALA MICHAELS,    )
          Plaintiff             )
                                )
     v.                         ) C.A. NO. 10-11471-MAP
                                )
WELLS FARGO HOME MORTGAGE,      )
a Division of WELLS FARGO       )
BANK, N.A.,                     )
          Defendant             )
```

## MEMORANDUM AND ORDER REGARDING
## DISBURSEMENT OF FUNDS HELD IN ESCROW

March 1, 2012

PONSOR, U.S.D.J.

In November 2010, the court issued a preliminary injunction in this case, enjoining Defendant from foreclosing on Plaintiff's home.  As part of this injunction, the court ordered Plaintiff to pay funds into an escrow account held by her counsel.  In a memorandum and order dated February 17, 2012, the court allowed Defendant's renewed motion to dismiss and proposed that the parties divide the escrow funds, with two-thirds going to Plaintiff and one-third to Defendant.  (Dkt. No. 47, at 8.)

Both parties have indicated that they assent to the proposed distribution of funds.  (Dkt. Nos. 48 and 49.)  In

light of the parties' agreement, the court hereby authorizes Plaintiff's counsel to disburse the funds held in the escrow account in the proportion that the parties have agreed upon. The clerk will enter judgment of dismissal; this case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge