# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN MICHELE SALA MICHAELS,  )<br>    Plaintiff(s)                     )<br>                                     )<br>           v.                     )<br>                                     )<br>WELLS FARGO HOME MORTGAGE,  )<br>a Division of WELLS FARGO BANK, N.A., )<br>    Defendant(s)                   ) | CIVIL ACTION NO. 3:10-cv-11471-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing this case.

                                                      **SARAH A. THORNTON**,
                                                      CLERK OF COURT

Dated: March 1, 2012               By  /s/ *Maurice G. Lindsay*
                                                 Maurice G. Lindsay
                                                 Deputy Clerk

(Civil Judgment of Dismissal-3.wpd - 11/98)
     [jgm.]